IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN McBRIEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL,<br><br>    Defendant.<br>_____/ | No. C 09-05963 JSW<br><br>**ORDER GRANTING EXTENSION TO FILE AMENDED COMPLAINT** |

      On March 24, 2010, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with leave to amend.

      The Court found it was impossible to discern from Plaintiff's original complaint many of the essential details of the events that triggered the lawsuit, the legal theories under which she seeks relief, or the causes of action against any particular named defendant. Plaintiff failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure.

      Plaintiff was admonished that if she wished to pursue this action, she would have to file an amended complaint by April 2, 2010 and that failure to file a cognizable legal claim by this date would result in dismissal of this action with prejudice. The Court also advised Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, was available through the Court's website or in the Clerk's office. The Court also advised Plaintiff that additional assistance may be available by making an

appointment with the Legal Help Center, which is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102.

On May 3, 2010, Plaintiff filed a document entitled "motion for extension of time to answer or defend." Plaintiff filed the complaint in this matter and need not answer or defend. However, the Court shall grant Plaintiff an extension of time to file an amended complaint in compliance with Federal Rule of Civil Procedure 8. Plaintiff shall have until no later than **May 24, 2010** to file an amended complaint. Failure to file a cognizable legal claim by this date **shall** result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: May 5, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAREN MCBRIEN,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL et al,

        Defendant.
                                     /

Case Number: CV09-05963 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen W. McBrien
3616 Far West Blvd.
##117-252
Austin, TX 78731

Dated: May 5, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk