IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN McBRIEN,

    Plaintiff,

No. C 09-05963 JSW

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL,

**ORDER OF DISMISSAL**

    Defendants.

_____/

On June 28, 2010, the Court granted Plaintiff her third and final extension to file an amended complaint in compliance with Federal Rule of Civil Procedure 8 by no later than July 16, 2010. The Court admonished Plaintiff that the third would be her final extension of time and that if she wished to pursue this action, she was required to file an amended complaint by no later than July 16, 2010. Plaintiff was clearly admonished that failure to file a cognizable legal claim by the deadline would result in dismissal of this action with prejudice. Having not received an amended complaint in compliance with Federal Rule of Civil Procedure 8 stating a cognizable legal claim, the Court HEREBY DISMISSES this action with prejudice.

**IT IS SO ORDERED.**

Dated: July 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAREN MCBRIEN,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL et al,

        Defendant.

                                  /

Case Number: CV09-05963 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen W. McBrien
3616 Far West Blvd.
#117-252
Austin, TX 78731

Dated: July 23, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk