**MOTION FOR EXTENSION OF TIME TO ANSWER OR DEFEND**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MCBRIEN, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY & COUNTY OF ) <br> SAN FRANCISCO ET AL ) <br> ) <br>     Defendants ) <br> ) | CAUSE NO. C 3:09-cv-05963-JSW <br><br> DENIED <br> Jeffrey S. White <br> United States District Judge <br><br> Date AUG 10 2010 |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR DEFEND**

  NOW COMES PLAINTIFF, KAREN MCBRIEN, moves this Court for an extension of time to file an Answer or otherwise defend in this case, to-wit:

I.

  PLAINTIFF was assigned this case on [date]. On information and belief, the deadline for filing an Answer is likewise _____. The undersigned counsel requires additional time to evaluate the facts and applicable affirmative defenses before responding.

II.

  DEFENDANTS have NOT been contacted ABOUT the instant extension.

III.

  An extension of the deadline to Answer or Defend for 20 days from and after _____ [date], will cause prejudice to no party and will result in no undue delays of this proceeding.

  WHEREFORE, PLAINTIFF prays for an extension of time of twenty (20) days to be added to the time within which Plaintiff are otherwise allowed to respond.

  RESPECTFULLY SUBMITTED this 31st day of July, 2010

By: ___Karen McBrien___

                                      KAREN MCBRIEN

```
3616 FAR WEST BLVD.
#117-252
AUSTIN, TX 78731
(512) 586-8978
kelwel55@yahoo.com
```

**CERTIFICATE OF SERVICE**
    I, _____, Plaintiff, do hereby certify that I have this day caused an electronic copy of the foregoing ***Motion for Time to Answer or Defend*** to be served through the federal Court's ECF system to: _____.

                                      [Name]

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAREN MCBRIEN,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL et al,

        Defendant.

Case Number: CV09-05963 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen W. McBrien
3616 Far West Blvd.
##117-252
Austin, TX 78731

Dated: August 10, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk